```
PHILIIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

**FILED**
Feb 16, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>  v.<br><br>JOSHUA GONZALES,<br>MICHAEL RAY ACOSTA,<br>JOSE ENRIQUE OROPEZA,<br>ROSENDO RENE RAMIREZ,<br>DAVID RAMIREZ, JR.<br><br>                    Defendants. | CASE NO. **1:23-cr-00033-ADA-BAM**<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 16, 2023 charging the above defendant with violations of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, Heroin, Cocaine, and Marijuana; 18 U.S.C. § 371 – Conspiracy; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin and Marijuana; 49 U.S.C. § 46306(b)(5)(A) – Owning and Operating, Attempting to Operate, and Allowing Another Person to Operate an Unregistered Aircraft; 49 U.S.C. § 46306(b)(7) – Serving or Attempting to Serve as an Airman without an Airman's Certificate (Two Counts); 18

U.S.C. § 1952(a)(3) – Use of an Interstate Facility in Aid of Racketeering (Two Counts); 21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Heroin and Cocaine (Two Counts); 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C); and 21 U.S.C. § 853(a) and 49 U.S.C. § 46306(d) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: February 16, 2023

                              Respectfully submitted,

                              PHILLIP A, TALBERT
                              United States Attorney

                         By    /s/ Antonio J. Pataca
                              ANTONIO J. PATACA
                              Assistant U.S. Attorney

                              IT IS SO ORDERED.

Dated: February 16, 2023                _____
                              ~~BARBARA MCAULIFFE~~ STANLEY A. BOONE
                              U.S. Magistrate Judge