UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>JOSHUA GONZALES,<br>MICHAEL RAY ACOSTA,<br>JOSE ENRIQUE OROPEZA,<br>ROSENDO RENE RAMIREZ,<br>DAVID RAMIREZ JR,<br><br>                 Defendants. | CASE NO. 1:23-CR-00033-ADA-BAM<br><br>ORDER UNSEALING INDICTMENT<br><br>**UNSEALING ORDER** |

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the Indictment, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: __**April 14, 2023**__

                                             UNITED STATES MAGISTRATE JUDGE