PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00033-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSHUA GONZALES, MICHAEL RAY ACOSTA, JOSE ENRIQUE OROPEZA, ROSENDO RENE RAMIREZ, DAVID RAMIREZ, JR., | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on June 14, 2023.

2. By this stipulation, defendants now move to continue the status conference until September 13, 2023, and to exclude time between June 14, 2023, and September 13, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes thousands of pages of discovery, including but not limited to: reports, photographs, lab results, videos, and the contents of numerous digital devices. The size of initial discovery in this case is approximately 2 Terabytes of data. All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying.  Supplemental discovery is pending.

   b) Counsel for defendants desire additional time consult with his client, to review the current chares, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 14, 2023 to September 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 5, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: June 5, 2023 | /s/ John Garland<br>JOHN GARLAND<br>Counsel for Defendant<br>Joshua Gonzales |
| Dated: June 5, 2023 | /s/ Reed Grantham<br>REED GRANTHAM<br>Counsel for Defendant<br>Jose Enrique Oropeza |
| Dated: June 5, 2023 | /s/ Serita Rios<br>SERITA RIOS<br>Counsel for Defendant<br>DAVID RAMIREZ |
| Dated: June 5, 2023 | /s/ Richard Oberto<br>RICHARD OBERTO<br>Counsel for Defendant<br>Michael Acosta |
| Dated: June 5, 2023 | /s/ Steven Crawford<br>STEVEN CRAWFORD<br>Counsel for Defendant<br>Rosendo Ramirez |

## **ORDER**

IT IS SO ORDERED that the status conference is continued from June 14, 2023, to **September 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 5, 2023**                    /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE