PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00033-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSHUA GONZALES, JOSE ENRIQUE OROPEZA, ROSENDO RENE RAMIREZ, DAVID RAMIREZ, JR., | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on January 8, 2025.

2. By this stipulation, defendants now move to vacate the status conference on January 8, 2025, set a trial date on September 30, 2025, and exclude time between January 8, 2025, and September 30, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes thousands of pages of discovery, including but not limited to: reports, photographs, lab results, videos, and the contents of numerous digital devices. The size of initial discovery in this case is approximately 2 Terabytes of data. Most recently, on December 18, 2024, the government produced supplemental discovery consisting of drone digital extractions and reports.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Plea offers have been provided to all defendants.

   b) Counsel for defendants desire additional time consult with his/her client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2025 to September 30, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  December 23, 2024		PHILLIP A. TALBERT
				United States Attorney


				/s/ ANTONIO J. PATACA
				ANTONIO J. PATACA
				Assistant United States Attorney


Dated:  December 23, 2024		/s/ John Garland
				JOHN GARLAND
				Counsel for Defendant
				Joshua Gonzales


Dated:  December 23, 2024		/s/ Reed Grantham
				REED GRANTHAM
				Counsel for Defendant
				Jose Enrique Oropeza


Dated:  December 23, 2024		/s/ Serita Rios
				SERITA RIOS
				Counsel for Defendant
				DAVID RAMIREZ


Dated:  December 23, 2024		/s/ Steven Crawford
				STEVEN CRAWFORD
				Counsel for Defendant
				Rosendo Ramirez


## ORDER

IT IS SO ORDERED that the status conference set for January 8, 2025, is vacated. A jury trial is set for **September 30, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **1 month**. A trial confirmation is set for **September 15, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  In addition, the Court sets a status conference for **May 28, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated:  **December 30, 2024**		/s/ *Barbara A. McAuliffe*
				UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME	3
PERIODS UNDER SPEEDY TRIAL ACT