MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00033-TLN-BAM |
| Plaintiff, | STIPULATION SETTING CHANGE OF PLEA HEARING; AND ORDER |
| v. | |
| JOSHUA GONZALES, | |
| Defendant. | |

**STIPULATION**

1.  By previous order, this matter was set for status on September 24, 2025.

2.  By this stipulation, defendant now moves to vacate the status conference on September 24, 2025, set a change of plea hearing on October 20, 2025, and exclude time between September 24, 2025, and October 20, 2025, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes thousands of pages of discovery, including but not limited to: reports, photographs, lab results, videos, and the contents of numerous digital devices. The size of initial discovery in this case is approximately 2 Terabytes of data. Most recently, on December 18, 2024, the government produced supplemental discovery consisting of drone digital extractions and reports. All of this discovery has been either produced directly to counsel and/or made available for

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

inspection and copying.

      b)    Counsel for defendant desires additional time to prepare for the change of plea hearing and gather evidence in mitigation for sentencing.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2025 to October 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 14, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  July 14, 2025                               /s/ TONY CAPOZZI
                                                                TONY CAPOZZI
                                                                Counsel for Defendant
                                                                Joshua Gonzales

### **ORDER**

IT IS SO ORDERED that the status conference set for September 24, 2025, is vacated. A change of plea hearing is set for **October 20, 2025, at 10:00 a.m. in Courtroom 5 before District Court Judge Dale A. Drozd**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **July 14, 2025**                               /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE